United States Bankruptcy Court
District of Puerto Rico

```
In re:                                                        Case No. 15-01569-EAG
EDDIE W RIVERA BERMUDEZ                                       Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0104-2           User: romoj              Page 1 of 1            Date Rcvd: Aug 28, 2020
                               Form ID: defclm          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
```
db             +EDDIE W RIVERA BERMUDEZ,    URB LOS CAOBOS,   2963 CALLE CARAMBOLA,    PONCE, PR 00716-2738
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4091893        +E-mail/Text: ebn@ltdfin.com Aug 28 2020 19:15:27      ADVANTAGE ASSETS II, INC.,
                 7322 SOUTHWEST FWY,   SUITE 1600,   HOUSTON TX 77074-2134
4866918        +E-mail/Text: cmecf@dilksknopik.com Aug 28 2020 19:16:03      Dilks & Knopik, LLC,
                 35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:
```
              ALEJANDRO   OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO   OLIVERAS RIVERA (ENO)   on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
              ALEXANDRA   BIGAS VALEDON    on behalf of Debtor EDDIE W RIVERA BERMUDEZ alexandra.bigas@gmail.com,
               alexandra.bigas@ecf.courtdrive.com
              Brian Jacob Dilks    cmecf@dilksknopik.com
              ELVIS   CORTES ROSA    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              FRANCISCO J CARDONA    on behalf of Creditor    BANCO POPULAR   PUERTO RICO cardonaesq@gmail.com
              JOSE F CARDONA JIMENEZ    on behalf of Creditor    BANCO POPULAR   PUERTO RICO jf@cardonalaw.com
              LUIS   FRED SALGADO    on behalf of Creditor    GEREN COOP luisfredsalgado@hotmail.com
              MIGDA L RODRIGUEZ COLLAZO    on behalf of Creditor    TREASURY DEPARTMENT
               bankruptcyjusticia.gobierno.pr@gmail.com,  mlrcbankruptcy@gmail.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:* <br><br> *EDDIE W RIVERA BERMUDEZ* <br><br><br> *xxx–xx–4180* <br><br> Debtor(s) | Case No. 15–01569 EAG <br><br> Chapter 13 <br><br><br><br> FILED & ENTERED ON *8/28/20* |

NOTICE OF DEFECTIVE TRANSFER OF CLAIM

You are hereby notified that the Transfer of Claim requested on 8 & 9 for claim(s) number 8/27/2020 was incorrect. This transfer is hereby cancelled due to the following:

☐ Claim was WITHDRAWN
☐ Case was DISMISSED
☑ Case is CLOSED
☐ Transfer of Claim not filed by transferee/purchaser/assignee
☐ Transfer of Claim fails to comply with Official Form 2100 A/B
☐ Transfer must be re–filed on the correct Claim number
☐ Incorrect Case Number must be re–filed under the correct Case Number
☐ Transfer of Claim was withdrawn. See DKT.#
☐ Other

San Juan, Puerto Rico, this *August 28, 2020*

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court
By: *Jose Romo*
Deputy Clerk